AO 245D (Rev. 11/16) Judgment in a Criminal Case for Revocations
Sheet 1

# UNITED STATES DISTRICT COURT

Western District of Arkansas

UNITED STATES OF AMERICA
v.

CORY SPANGLER

**Judgment in a Criminal Case**
(For **Revocation** of Probation or Supervised Release)

Case No. 5:21CR50001-001

USM No. 22224-509

Kevin Lammers
Defendant's Attorney

**THE DEFENDANT:**

☒ admitted guilt to violations 1-8, 10-13 of the term of supervision.

☐ was found in violation of condition(s) count(s) ______ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | Mandatory Condition No. 3: Unlawful Use of a Controlled Substance | 05/06/2024 |
| 2 | Mandatory Condition No. 1: New Law Violations | 07/18/2024 |
| 3 | Mandatory Condition No. 3: Unlawful Use of a Controlled Substance | 08/14/2024 |
| 4 | Mandatory Condition No. 3: Unlawful Use of a Controlled Substance | 10/28/2024 |
| 5 | Mandatory Condition No. 1: New Law Violations | 01/05/2025 |
| 6 | Mandatory Condition No. 3: Unlawful Use of a Controlled Substance | 02/11/2026 |
| 7 | Mandatory Condition No. 3: Unlawful Use of a Controlled Substance | 02/18/2026 |
| 8 | Mandatory Condition No. 3: Unlawful Use of a Controlled Substance | 02/26/2026 |
| 10 | Mandatory Condition No. 3: Unlawful Use of a Controlled Substance | 07/16/2026 |
| 11 | Add Special Condition: Use of Alcohol | 07/16/2026 |
| 12 | Add Special Condition: Marijuana Storage in Household | 07/22/2026 |
| 13 | Mandatory Condition No. 3: Unlawful Use of a Controlled Substance | 07/22/2026 |

The defendant is sentenced as provided in pages 2 through 2 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☒ Violation withdrawn by government: Violation Nine (9) and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No.: 5971

Defendant's Year of Birth: 1988

City and State of Defendant's Residence:
Fort Smith, Arkansas

September 1, 2026
Date of Imposition of Judgment

[signature]
Signature of Judge

Honorable Timothy L. Brooks, Chief U.S. District Judge
Name and Title of Judge

September 2, 2026
Date

DEFENDANT: CORY SPANGLER
CASE NUMBER: 5:21CR50001-001

## IMPRISONMENT

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of :

**Sixteen (16) months; there will be no term of supervision to follow.**

☒ The court makes the following recommendations to the Bureau of Prisons:

The Court recommends that the defendant be housed at FCI Texarkana and that the Bureau take note of the defendant's mental health history, including depression and suicidal thoughts and planning. The Court further recommends that the defendant be properly evaluated for PTSD and provided intensive treatment and programming. Additionally, the Court recommends that the defendant be provided appropriate drug treatment programming.

☒ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

- ☐ at ______ ☐ a.m. ☐ p.m. on ______ .
- ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

- ☐ before 2 p.m. on ______ .
- ☐ as notified by the United States Marshal.
- ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

______

______

______

Defendant delivered on ______ to ______

at ______ with a certified copy of this judgment.

______
UNITED STATES MARSHAL

By ______
DEPUTY UNITED STATES MARSHAL